RECEIVED
IN LAKE CHARLES, LA

MAR 1 9 2008

ROBERT H SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-20154 |
| VERSUS | ) JUDGE MINALDI |
| JOHN ROBERTS | ) MAGISTRATE JUDGE KAY |

### ORDER

Considering the foregoing Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the government and the facts contained therein,

IT IS HEREBY ORDERED that the motion is granted and a hearing is scheduled for the 24th day of April, 2008 at 10:15 a.m. to allow the government to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 19 day of March, 2008 in Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge